# United States District Court
## Violation Notice

| CVB Location Code | WLI |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7833830 | Barnard | B3203 |

7833830

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 02/13/2020 | LRS 32:52 |

**Place of Offense**
ACP 1 Fort Blk LA 71459

HAZMAT ☐

**Offense Description: Factual Basis for Charge**
Driving without a license

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Carter Browder | Casadie | J |

**Street Address** [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| FMN 8377 | NC | 17 | Toy/Carola | | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

MC

| $ | Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT → $ | Total Collateral Due |

### YOUR COURT DATE
*(If no court appearance date is shown, you will be notified of your appearance date by mail.)*

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| US MAGISTRATE CT BLDG 1946 1E ST FT POLK LA 71459 | 04/06/2020 |
| | Time (hh:mm) 0800 |

337-531-6143

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Casadie Browder

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 03/12/2020 13:29

---

## STATEMENT OF PROBABLE CAUSE
*(For issuance of an arrest warrant or summons)*

I state that on **13 Feb**, 20**20** while exercising my duties as a law enforcement officer in the **West** District of **Louisiana**

At 1600 hrs. I Barnard (B23) was dispatched to ACP 1 in reference to someone operating a vehicle without a license. Upon arrival dispatch confirmed that Carter Browder, Casadie did not have a license. I was told by Police 5 to apprehend Carter Browder so I apprehended her and Transported her to the PMO where I issued Carter Browder a CVN ticket #7833830 for driving without a license state code LRS 32:52. I also issued a Driving Suspension Memo Then I released Carter Browder on her own recognizance.

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **02/13/2020**   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN 03/12/2020 13:29